IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNA DONOVAN, on behalf of herself and as p/n/g/ of her minor daughter BRITTANY DONOVAN | : : : : | CIVIL ACTION |
| v. | : : | NO. 08-4075 |
| IDANT Laboratories, as a division of DAXOR CORPORATION | : : | |

ORDER

AND NOW, this 10th day of June 2009, upon consideration of defendant's motion for reconsideration, plaintiff's response, defendant's reply thereto and oral argument, it is hereby ORDERED that defendant's motion for reconsideration is GRANTED and plaintiff's claims of strict liability and breaches of express and implied warranty are DISMISSED.

  /s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.